IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JONATHON KYLE FIELDS                                                                    PLAINTIFF

v.                                Civil No. 4:11-cv-04061

SHERIFF BUTCH MORRIS;                                                                DEFENDANTS
DEPUTY DAVID SHELTON; and
DEPUTY JOHN GLIDEWELL

# J U D G M E N T

For reasons stated in a memorandum opinion entered in the above-styled case on today's date, the Court hereby **GRANTS** Defendants's Motion to Dismiss (ECF No. 20) and Plaintiff's Complaint is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED AND ADJUDGED** this **14th day of August 2012.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE